DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMANDA SCHOONOVER** and **ISAAC DANIEL MOODY,**
Appellants,

v.

**HUE KIM SIDMAN,**
Appellee.

No. 4D20-719

[April 1, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Bowman, Judge; L.T. Case No. 19-16899 CACE (02).

Allegra P. Fung of Korte & Associates, West Palm Beach, for appellants.

Clara Martinez of Clara Martinez Law, PA, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***